IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIRSTIE BEASLEY, and HELEN HOLLAND, Individually, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BOJANGLES' RESTAURANTS, INC., )<br>a Delaware Corporation, and )<br>BOJANGLES', INC., a Delaware )<br>Corporation, )<br>)<br>Defendants. ) | 1:17CV255 |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion to Dismiss [Doc. #23] is GRANTED and that this action is DISMISSED WITHOUT PREJUDICE.

This the 20th day of September, 2018.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge